UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-20357-Civ-COOKE/GOODMAN

FIRDAVS JONMAHMADOVICH RADZHABOV,

    Petitioner,

vs.

JFFERSON B. SESSIONS, III, *et al.*,

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT

Under 28 U.S.C. § 636(b)(1)(B), I referred this matter to the United States Magistrate Judge Jonathan Goodman for a ruling on all pre-trial, non-dispositive matters and for a Report on any dispositive matters (ECF No. 7). This matter involves a *habeas corpus* petition filed by Firdavs Jonmahmadovich Radzhabov against the Attorney General and various law enforcement officers (collectively, the "Government") (ECF No. 1). At issue is whether a person is entitled to a bond hearing while detained by immigration authorities under a reinstated order of removal but awaiting the conclusion of a withholding-only proceeding. This issue, in turn, requires interpreting two competing provisions of the Immigration and Naturalization Act.

On August 16, 2018, Judge Goodman issued a Report (ECF No. 26) recommending that the District Court **DENY** the Government's Motion to Dismiss (ECF No. 9) and **GRANT** Radzhabov's *habeas corpus* petition (ECF No. 1). I have considered Judge Goodman's Report, the record, and the relevant legal authorities. Furthermore, I have reviewed the arguments raised in the Government's Objections to the Report and Recommendations (ECF No. 27) and Radzhabov's Responses to the Government's Objections (ECF No. 28). Because I find Judge Goodman's Report to be clear, cogent, and compelling, it is **ORDERED and ADJUDGED** as follows:

1. This Court **AFFIRMS and ADOPTS** Judge Goodman's Report and Recommendation (ECF No. 26).
2. The Court **DENIES** the Government's Motion to Dismiss (ECF No. 9).
3. The Court **GRANTS** Radzhabov's Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2241 (ECF No. 1). The Court **REINSTATES** the Immigration Judge's bond order.
4. After payment of the bond, Firdavs Jonmahmadovich Radzhabov shall be **RELEASED** on his own recognizance.
5. The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

D**ONE and ORDERED** in Chambers at Miami, Florida, this 21st day of September 2018.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of Record*